### TREAT & al. *v.* McMAHON.

In a writ of entry the Court refused leave to amend by striking out the name of one of the demandants which had been improvidently inserted.

In a writ of entry on the seisin of the demandants and a disseisin by the tenant, *Pond* moved for leave to amend the writ, by striking out the name of one of the demandants which had been improperly inserted.

But THE COURT, *absente Preble J.* ruled that the amendment was inadmissible. Whereupon the demandants had leave to discontinue.

*Crosby* and *Abbot* for the tenant.